IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PEDRO CASTILLO

    Petitioner,
v.                                                                  Case No. 5:24cv55/MCR/MAL

WARDEN,
F.C.I. MARIANNA

    Respondent.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation dated December 19, 2024. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2.    Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241, ECF No. 2, is DISMISSED due to his failure to exhaust his administrative remedies, and alternatively it is **DENIED**.

    3. The clerk is directed to close the file.

    **DONE and ORDERED** this 24th day of April 2025.

                               *M. Casey Rodgers*
                               **M. CASEY RODGERS**
                               **UNITED STATES DISTRICT JUDGE**